# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130349

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WILLIAM G. TUGGLE and
VINCENT L. YURKOWSKI,
      Plaintiffs-Appellants,

v

MICHIGAN DEPARTMENT OF
STATE POLICE and DIRECTOR
OF THE DEPARTMENT OF
STATE POLICE,
      Defendants-Appellees.

SC: 130349
COA: 255034
Ottawa CC: 03-046233-AW

_____/

On order of the Court, the application for leave to appeal the December 13, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk